[No. 1854-1.   Division One—Panel 2.   December 18, 1972.]

JOHN M. HENRY, *Appellant*, v. JACQUELINE JO CHERRY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. D-43392, B. J. McLean, J., entered August 4, 1972. *Affirmed* by unpublished opinion per Farris, A.C.J., concurred in by James and Swanson, JJ.

[No. 685-2.   Division Two.   December 18, 1972.]

SOUTHGATE AGENCIES, INC., *Respondent*, v. SHIRLEY G. WARD *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 722341, Keith M. Callow, J., entered September 23, 1971. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Armstrong, JJ.

[No. 659-3.   Division Three.   December 22, 1972.]

MAX MARCUS OTT, *Respondent*, v. THE DEPARTMENT OF MOTOR VEHICLES, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 19707, Richard J. Ennis, J., entered September 2, 1971. *Reversed* by unpublished per curiam opinion.

[No. 1051-1.   Division One—Panel 2.   December 26, 1972.]

M. HARVEY SEGALL, *Respondent*, v. MARVIN F. TREPUS *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 715470, Donald L. Gaines, J., entered November 12, 1970. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris, A.C.J., and James, J.